FILED
April 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002556641

MATTHEW J. GILBERT   STATE BAR #182975
**LAW-PRO-9, P.C.**
2601 Nut Tree Rd, Suite A
Vacaville, CA 95687
TEL: (707) 448-3310
FAX: (916) 771-2640

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

In re:

TAMERA L. GEDVILAS

    Debtor.

Case No.: 10-27798-C-7

Docket Control No: MG1

MOTION TO COMPEL TRUSTEE TO ABANDON BUSINESS AND TOOLS OF TRADE ASSOCIATED THEREWITH.

11 U.S.C. 554(b); 6007(b)

DATE: May 4, 2010
TIME: 9:30 am
DEPT: C; 501 I St, Sacramento, CA 95814
JUDGE: Christopher M. Klein

**MOTION**

Debtor, Tamera L. Gedvilas, hereby moves the Court to compel the abandonment by the Trustee of her interest in the business known as "House of Stitches" and the tools of trade associated therewith.

This motion is appropriate as the business and tools have no value to the bankruptcy estate. Moreover, what value these items do possess has been fully exempted by the Debtor in the bankruptcy schedules.

Motion to Compel Abandonment - 1

1     This motion is based on the schedules filed in Debtor's
2 bankruptcy action, including the declaration and papers filed
3 herewith.

5 Dated this April 11, 2010.

                                              /s/ Matthew J. Gilbert
                                              MATTHEW J. GILBERT
                                              2601 Nut Tree Rd, Ste A
                                              Vacaville, CA 95687
                                              (707) 448-3310